07CV 7987

(PJWx), CLOSED, DISCOVERY, RELATED-G, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:07-cv-04651-FMC-PJW



Lawrence N Moyer et al v. Merck & Co Inc et al
Assigned to: Judge Florence-Marie Cooper
Referred to: Magistrate Judge Patrick J. Walsh
Related Case: 2:06-cv-05378-FMC-PJW
Case in other court: Superior Court of CA for the County of Los Angeles, PC 040910
Cause: 28:1446pl Notice of Removal - Product Liability

Date Filed: 07/18/2007
Date Terminated: 09/17/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Lawrence N Moyer**
*husband*



represented by **Robert F Clarke**
Phillips and Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
602-258-8900
Email: bobc@phillipslaw.ws
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Lorna Moyer**
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Lewis M Maudsley**
*a single man*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Gloria J Folsom**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Jeannine Tehee**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**
*a New Jersey Corporation*

represented by **Douglas C Emhoff**
Venable
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
310-229-9900
Email: demhoff@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Tanzer**
Venable
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
310-229-9900
Email: jtanzer@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**
*a Delaware corporation*

represented by **Anthony G Brazil**
Morris Polich & Purdy
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017-2503
213-891-9100
Email: abrazil@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan S Wynne**
Morris Polich & Purdy
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017-2503
213-891-9100
Email: mwynne@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendi J Frisch**
Morris Polich and Purdy
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
213-891-9100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1-50*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2007 | 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number PC040910 with conformed filed copy of summons and complaint. Case assigned to Judge Gary A. Feess, Discovery to Magistrate Judge Stephen J. Hillman. (Filing fee $ 350 PAID. ), filed by Defendant Merck & Co Inc. (et) (Entered: 07/25/2007) |
| 07/18/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant Merck & Co Inc. (et) (Entered: 07/25/2007) |
| 07/18/2007 |  | FAX number for Attorney Robert F Clarke is 602-288-1671. (et) (Entered: 07/25/2007) |
| 07/18/2007 |  | FAX number for Attorney Douglas C Emhoff, Jeffrey M Tanzer is 310-229-9901. (et) (Entered: 07/25/2007) |
| 07/18/2007 | 3 | NOTICE of Related Case(s) filed by Defendant Merck & Co Inc. Related Case(s): CV 06-5378 FMC (PJWx) and other related cases (rn) (Entered: 07/26/2007) |
| 07/25/2007 | 4 | ANSWER to Complaint [1] with Jury Demand filed by Defendant Merck & Co., Inc.(gk) (Entered: 07/26/2007) |
| 07/25/2007 | 5 | ANSWER to Unverified Complaint [1] with Jury Demand filed by Defendant McKesson Corporation.(gk) (Entered: 07/27/2007) |
| 07/25/2007 | 6 | CERTIFICATION of Interested Parties filed by Defendant McKesson Corporation. (gk) (Entered: 07/27/2007) |
| 07/25/2007 |  | FAX number for Attorney Anthony G Brazil, Wendi J Frisch, Megan S Wynne is 213-488-1178. (gk) (Entered: 07/27/2007) |
| 08/23/2007 | 7 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07.02 - Related Case- filed. Related Case No: CV 06-5378 FMC (PJWx). Case transfered from Judge Gary A. Feess and Stephen J. Hillman to Judge Florence-Marie Cooper and Patrick J. Walsh for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 07-4651 FMC (PJWx).Signed by Judge Florence-Marie Cooper (rn) (Entered: 08/23/2007) |
| 08/24/2007 | 8 | MINUTES (IN CHAMBERS ORDER) held before Judge Florence-Marie Cooper: Proceedings: Order on Transfer of Case to Judge Cooper. This action has been reassigned to the Honorable Florence-Marie Cooper, United States District Judge. Please substituted the initials FMC in place of the initials GAF. The case number will now read: 2:07-cv-04651 FMC (PJWx). Henceforth, it is imperative that the initials FM be used on all documents to prevent any delays in processing documents. Judge Cooper's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-1782. Judge Cooper's courtroom is located on the 7th floor in |

| | | |
|---|---|---|
| | | the Roybal Federal Building, Courtroom #750. Additional information can be found on her website profile at www.cacd.uscourts.gov. The Court will entertain appearances by telephone for all status conferences, scheduling conferences and oral argument on motions. (See document for further details). (mg) (Entered: 08/27/2007) |
| 09/04/2007 | 9 | STIPULATION AND ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL-1789 by Judge Florence-Marie Cooper.(ama) (Entered: 09/04/2007) |
| 09/17/2007 | 10 | CONDITIONAL TRANSFER ORDER (CTO-32) from the Judicial Panel on Multi-district Litigation MDL 1789, transferring case to USDC District Court, Southern District of New York, assigned to Judge John F. Keenan. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.)(mg) (Entered: 09/29/2007) |
| 10/04/2007 | | Transfer Out Transmittal Letter. A certified copy of the docket sheet and the entire original case file, along with a certified copy of the Conditional Transfer Order from the MDL panel sent to USDC Southern District of New York at New York, New York on 10/4/07. (mg) (Entered: 10/04/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/04/2007 08:42:02 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-04651-FMC-PJW |
| Billable Pages: | 3 | Cost: | 0.24 |