UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1789<br>Case No. 1:06-md-1789 JFK-JCF |
| This document relates to: | Judge Keenan |
| *Evans*, No. 1:07-cv-7289-JFK | Magistrate Judge Francis |
| *Goss*, No. 1:07-cv-7290-JFK | |
| *Vasquez*, No. 1:07-cv-7295-JFK | |
| *Moyer*, No. 1:07-cv-7987-JFK | |
| _____/ | |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Lowell W. Finson hereby enters his appearance as counsel of record and designated lead counsel for plaintiffs in the above-referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

DATED: October 18, 2007

Respectfully submitted,

*/s/ Lowell W. Finson*_____
Lowell W. Finson, AZ Bar ID 010872
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel on the Service List for this case. Parties may access this filing through the Court's system.

*/s/ Lowell W. Finson*
Lowell W. Finson, AZ Bar ID 010872
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiffs
