Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
IN RE:
Fosamax Products Liability Litigation      :      1:06-md-1789 (JFK)

---------------------------------------------x
*This Document Relates to:*
Lawrence Moyer, et al.
v. Merck & Co., Inc.
Case No: 1:07-cv-7987-JFK

---------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in the above captioned case and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of the above named Plaintiffs to voluntarily dismiss with prejudice their claims against Merck in the above-captioned case and the agreement of Merck not to seek from Plaintiffs its fees and costs, the following Plaintiffs are hereby dismissed from the above captioned case with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

    Lawrence Moyer
    Lewis Maudsley

2. Each party is to bear its own costs and attorneys' fees.

BA2:926516

Dated: February 22, 2008

| PHILLIPS & ASSOCIATES | HUGHES HUBBARD & REED LLP |
|---|---|
| By_____ | By_____ |
| Lowell W. Finson | Theodore V. H. Mayer (TM 9748) |
| 3030 N. Third St. | One Battery Park Plaza |
| Suite 1100 | New York, New York 10004 |
| Phoenix, AZ 85012-3049 | (212) 837-6888 |
| (602) 258-8900 ext. 295 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Merck & Co, Inc.* |

SO ORDERED: John F. Keenan  3/14/08
Hon. John F. Keenan

BA2 33651h