UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3-14-08_

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case

Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

Applicant's Name:  Herbert G. Smith II

Firm Name:  Venable LLP

Address:  575 7th Street, NW

City/State/Zip:  Washington, DC 20004

Telephone/Fax:  (202) 344-4000/(202) 344-8300

Email Address:  hgsmith@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case

in the United States District Court for the Southern District of New York.

Dated: March 14, 2008

New York, New York

_John F. Keenan_
United States District Judge

60238454_1.DOC



# United States District Court
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### HERBERT  G.  SMITH,  II

was, on the _5th_ day of _May_ A.D. _1997_ admitted to practice as an Attorney

at Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this _29th_ day of _February_ A.D. 2008.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____

**Deputy Clerk**