UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE: Fosamax Products Liability     :
Litigation, MDL No. 1789

                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

*This Document Relates to:*            :

*Bujdoso v. Merck & Co., Inc. et al.,* :
1:07-cv-09480 (JFK).

*Demsky v. Merck & Co., Inc. et al.,*  :
1:07-cv-09479 (JFK).

*Evans v. Merck & Co., Inc. et al.,*   :
1:07-cv-07289 (JFK).

*Ferrao v. Merck & Co., Inc. et al.,*  :
1:07-cv-03294 (JFK).

*Finch v. Merck & Co., Inc. et al.,*   :
1:07-cv-09481 (JFK).

*Goss v. Merck & Co., Inc. et al.,*    :
1:07-cv-07290 (JFK).

*Horton v. Merck & Co., Inc. et al.,*  :
1:07-cv-09482 (JFK).

*Martin v. Merck & Co., Inc. et al.,*  :
1:07-cv-09483 (JFK).

*Morris v. Merck & Co., Inc. et al.,*  :
1:07-cv-01320 (JFK).

*Moyer v. Merck & Co., Inc. et al.,*   :
1:07-cv-07987 (JFK).

*Cecelia Smith v. Merck & Co.,*        :
*Inc. et al.,* 1:07-cv-09484 (JFK).

*Vasquez v. Merck & Co., Inc. et al.,* :
1:07-cv-07295 (JFK).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-08

1:06-md-1789 (JFK)
**Order**

**JOHN F. KEENAN, United States District Judge:**

   A pre-motion conference on Merck's anticipated motion to sever cases in the above actions will be held on October 16, 2008 at 10:15 a.m.  Plaintiffs are directed to submit a letter to the Court stating their position on the motion by October 10, 2008.

**SO ORDERED.**

**Dated: New York, New York**
**    September 11, 2008**

                  **JOHN F. KEENAN**
              **United States District Judge**